UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

STEVEN S. MUNSEY,                      )
                                       )
              Plaintiff,               )
                                       )
v.                                     )          3:14-CV-206-PLR-HBG
                                       )
CAROLYN W. COLVIN,                     )
Acting Commissioner of Social Security,)
                                       )
              Defendant.               )

## MEMORANDUM OPINION

This Social Security appeal is before the court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton [R. 23]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of the record and the parties' pleadings, the court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's motion for summary judgment be denied, and the Commissioner's motion for summary judgment be granted. Accordingly, the court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED**, for the reasons stated in the Report and Recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [R. 17] is

**DENIED**; the Commissioner's motion for summary judgment [R. 21] is **GRANTED**; the

Commissioner's decision in this case denying plaintiff's application for benefits under

the Social Security Act is **AFFIRMED**; and this case is **DISMISSED.**

Enter:

_____

**UNITED STATES DISTRICT JUDGE**